IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAIME VALENZUELA, ANNABELLE<br>IBANEZ, ESMERALDA ALFARO,<br>ARNOLD CASAS, PAULA CASAS,<br>ROBERT SHIPP, MARIA SHIPP, MIGUEL<br>LOPEZ, HERSHAL FRAZIER, ISAAC<br>ROCHA, JACKIE ROCHA and LOUIE<br>GONZALEZ,<br><br>　　　　Plaintiffs<br><br>VS.<br><br>REDMAN HOMES, INC. A/K/A REDMAN<br>HOUSING, TITAN HOMES, INC.,<br>OAKMAN HOMES, INC. D/B/A<br>OAKWOOD MOBILE HOMES, INC.,<br>SOUTHERN HOMES, PALM HARBOR<br>HOMES D/B/A MASTERPIECE<br>HOUSING, CLAYTON HOMES, INC.,<br>SOUTHERN ENERGY HOMES, INC.,<br>SOUTHERN LIFESTYLE HOMES, INC.,<br>BELMONT HOMES, INC. D/B/A<br>MS BELMONT HOMES, INC., DANE<br>ENERGY D/B/A THE HOMEPORT,<br>LUV MOBILE HOME SALES,<br>CIT GROUP SALES AND FINANCE,<br>HOMES BY OAKWOOD, VALUE<br>HOUSING, INC., OAKWOOD<br>ACCEPTANCE, CORP., GREENPOINT<br>CREDIT, L.L.C. D/B/A GREENPOINT<br>CREDIT, INC., VANDERBILT<br>MORTGAGE & FINANCE, INC.,<br>NATIONS CREDIT AND HOUSING, INC.<br>UNITED COMPANY FUNDING, INC.,<br>and GREENTREE FINANCIAL<br>SERVICING CORP.<br><br>　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

United District Court
Southern District of Texas
FILED

SEP 03 1999

Michael N. Milby, Clerk

Cause No. C-99-351

# NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendants, Clayton Homes, Inc., Luv Mobile Home Sales, and Vanderbilt Mortgage and Finance, and respectfully remove this Court Cause No. 99-08-37833, styled *Jamie Valenzuela, et al. v. Redman Homes, Inc. a/k/a Redman Housing, et al.*, now pending in the 79th Judicial Court of Jim Wells County, Texas. Removal is proper for the following reasons:

Plaintiffs, at the time of the commencement of the state court action, and at the present time, are individuals and residents of the State of Texas.

Defendants, Clayton Homes, Inc., at the time of the commencement of the state court action, and at the present time, is a corporation duly incorporated and existing under and by virtue of the laws of the State of Tennessee with its principal office in Marysville, Tennessee, and is, therefore, a citizen of the State of Tennessee.

This Court has original jurisdiction of this cause under 28 U.S.C. § 1331, because the civil causes of action involve a federal question. Venue is proper in this Court as the district and division embracing the place where the state action was pending pursuant to 28 U.S.C. § 1441(a).

This Court has original jurisdiction of this cause under 28 U.S.C. § 1332 because certain Defendants have been fraudulently joined to defeat diversity. Those not fraudulently joined are not citizens of the State of Texas. Thus, complete diversity exists under 28 U.S.C. § 1332(a)(2) between the Plaintiffs and the properly joined Defendants. As shown in the Plaintiff's original petition alleges the amount in controversy to be $100,000 per individual Plaintiff.

The Defendants will give written notice of the filing of this Notice to all parties and/or their attorneys of record, and will file a copy of this Notice with the Clerk of the District Court of Jim Wells County, Texas. A copy of all process, pleadings and orders served upon the Defendants is

attached hereto, as well as all papers filed with the state court from which removal is sought.

Attached is the Docket Sheet from the state court from which removal is sought, an index of matters being filed, and a list of all counsel of record, including addresses, telephone numbers, and parties represented.

WHEREFORE, Defendants, Clayton Homes, Inc., Luv Mobile Home Sales, and Vanderbilt Mortgage and Finance, pray that this Court assume jurisdiction of this cause as if it had been originally filed here, and that further proceedings in state court be stayed. These Defendants further pray for other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

CLAYTON HOMES, INC., LUV MOBILE HOME SALES, AND VANDERBILT MORTGAGE AND FINANCE, INC., DEFENDANTS

ED WALTON
SBN: 20828550

Law Offices of Ed Walton
8300 Douglas, Ste. 800
Dallas, Texas 75225
(214) 706-9325

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has this day been forwarded to Hector P. Gonzales, P.O. Box 3728, Alice, Texas 78333 by certified mail, return receipt requested.

Signed this 2nd day of September ____, 1999.

ED WALTON

4

========================================================================================================

* * * C A S E   S U M M A R Y * * *

Case Number: 99-09-27833 CV          Date Filed: 08/16/99

Style: JAIME VALENZUELA, ET AL
  v. REDMAN HOMES, INC. D/B/A REDMAN HOUSING, ET AL

Case Type: INSTALLMENT CONTRACT

Case Category: Civil      Court: 73rd District Court      County: Bexar Wells

========================================================================================================

Parties Associated with Case: 99-09-27833-CV

| Party Code | Name | | Person Bar Code | | Attorney Name | Notice | Date Off |
|---|---|---|---|---|---|---|---|
| DEF | REDMAN HOMES, INC. | ATT | 00803550 | ALTON, ED | Y | / |
| DEF | D/B/A REDMAN HOUSING COMPANY | | | | Y | / / |
| DEF | GREEN MONT CREDIT, LLLP | | | | Y | / |
| DEF | LUV MOBILE HOME SALES | ATT | 00806550 | ALTON, ED | Y | / |
| DEF | NATIONS CREDIT HOMES EQUITY | | | | Y | / / |
| DEF | REDMAN HOMES, INC. D/B/A, ET AL | | | | Y | / |
| DEF | LUV COM ENERGY HOMES & V P | | | | Y | / |
| DEF | NATION HOMES OF 4109190001 | | | | Y | / / |
| DEF | ASSOCIATES MORTGAGE & FINANCE | ATT | 00806550 | ALTON, ED | Y | / / |
| PLT | ANNABELLE IBANEZ | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / |
| PLT | CHOLO CASAS | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | ESMERALDA ALFARO | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | HERSHAL FRAZIER | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | JUAN ROCHA | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | JACKIE ROCHA | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / |
| PLT | JAIME VALENZUELA | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | LOUIE GONZALEZ | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | MARIA SHIPP | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | MIGUEL LOPEZ | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |
| PLT | PAULA CASAS | ATT | 08127000 | GONZALEZ, HECTOR P. | Y. | / / |
| PLT | ROBERT SHIPP | ATT | 08127000 | GONZALEZ, HECTOR P. | Y | / / |

========================================================================================================

Fee Associated With Case: 99-09-27833-CV

| Fee Date | Fee Type | Paid Amount | Status | Date Notice Last Sent | How Paid | Party Fee Paid For | Person Paying Fee |
|---|---|---|---|---|---|---|---|

Case 2:99-cv-00351   Document 1   Filed on 09/03/99 in TXSD   Page 6 of 35

Date Printed: 08/31/99 - Time: 10:52:42                                        Event/Calendar/Reporting
--------------------------------------------------------------------------------------------------------

     Event Associated with Case: 99-08-37833-CV              Date Filed: 08/16/99

          JAIME VALENZUELA, ET AL
          REDMAN HOMES, INC. a/k/a REDMAN HOUSING, ET AL

     Event   Post                                           Min-        Minute
     Date    Proc  Event              Descr  Disposition  tion  Loc.  Vol.  Page
--------------------------------------------------------------------------------------------------------

     08/16/99  DISTRI  ORIG PET
                                      * * *  PLT'S ORIG PETITION  * * *

     08/17/99  DISTRI  CIT MAIL          ISD
                          * * *  CIT ISD TO REDMAN HOMES, INC., CT RL/DELV BY C.M.  * * *

     08/17/99  DISTRI  CIT MAIL          ISD
                          * * *  CIT ISD TO TITAN HOMES OF MISSISSIPPI/DELV BY C.M.  * * *

     08/17/99  DISTRI  CIT MAIL          ISD
                          * * *  CIT ISD TO SOUTHERN ENERGY HOMES A/K/A SOUTHERN LIFESTYLES/DELV BY CM  * * *

     08/17/99  DISTRI  CIT MAIL          ISD
                          * * *  CIT ISD TO DANE ENERGY D/B/A THE HOMEPORT/DELV BY CM  * * *

     08/17/99  DISTRI  CIT MAIL          ISD
                          * * *  CIT ISD LUV MOBILE HOME SALES./DELV BY C.M.  * * *

     08/17/99  DISTRI  CIT MAIL          ISD
                                      * * *  CIT ISD TO GREENPOINT CREDIT, INC.  * * *

     08/17/99  DISTRI  CERTIFICATE
               * * *  CERT. OF SERV BY CM TO REDMAN, SOUTHERN ENERGY, TITAN, DANE, LUV AND GREENPOINT  * * *

     08/23/99  DISTRI  RET RECEIPT       SRVD
                          * * *  SRVD ON LUV MOBLIE HOME SALES BY T J BLANKENSHIP  * * *

     08/24/99  DISTRI  MT TRANSFER
               * * *  MT TRANS & SUBJ THERETO, ORIG ANS OF CLAYTON HOMES, LUV SALES, & VANDERBILT MORT.  * * *

     08/24/99  DISTRI  RET RECEIPT       SRVD
                          * * *  RECEIPT RETURNED SERVED 08/19/99 ON DANE ENERGY BY PAUL ROTH I 360-855-713  * * *

     08/24/99  DISTRI  RET RECEIPT       SRVD
                          * * *  RECEIPT RETURNED SRVD 08/20/99 ON GREEN POINT CREDIT BY L. CONRAD P349-682-638  * * *

     08/24/99  DISTRI  RET RECEIPT       SRVD
                          * * *  RECEIPT RETURNED SERVED 08/20/99 ON NATIONS CREDIT HOME EQUITY P249-682-639  * * *

     08/24/99  DISTRI  RET RECEIPT       SRVD
                          * * *  RECEIPT RETURNED SERVED 08/20/99 ON REDMAN HOMES BY C.T. CORP P280-630-284  * * *

Case 2:99-cv-00351  Document 1  Filed on 09/03/99 in TXSD  Page 7 of 35

08/25/99 DISTRI FIAT
          * * *  FIAT, SENT TO JUDGE IN DEFS' MT SEVERANCE  * * *

08/26/99 DISTRI PLEA IN ABAT
          * * *  DEFS' CLAYTON HOMES, LUV HOMES SALES, VANDERBILT MORT. FILE PLEA IN ABATEMENT  * * *

Date Printed: 08/31/99 - Time: 10:52:43                                    Event/Calendar/Reporting
----------------------------------------------------------------------------------------------------

Event Associated With Case: 99-08-37833-CV            Date Filed: 08/15/99

     JAIME VALENZUELA, ET AL
     REDMAN HOMES, INC. a/k/a REDMAN HOUSING, ET AL

Event    Post                                          Min-      Minute
Date     Proc  Event              Descr  Disposition  tion  Lic. Vol. Page
----------------------------------------------------------------------------------------------------
08/26/99 DISTRI RET RECEIPT          SRVD
          * * *  RECEIPT RETURNED SERVED 08/23/99 ON JENNIFER WEST 2260-855-712  * * *

08/27/99 DISTRI MT TRANSFER
          * * *  DEFS' MT TRANS JEN, SUBJECT THERETO, 1ST AMEND ONS DEFS' CLAYTON, LUV, & VANDERBILT  * * *

08/30/99 DISTRI RET RECEIPT          SRVD
          * * *  RET REC-8/26/99  TITAN HOMES OF MISS.  * * *


====================================================================================================
Calendars Associated With Case: 99-08-37833-CV

          Date     Reason
Calendar  Set      Set      Remarks
----------------------------------------------------------------------------------------------------


                          No Calendar Records In File

Date Printed: 08/31/99 - Time: 10:52:43                                    Monthly Reporting
====================================================================================================
                     Trial Court Case Monthly Report Records

                          Case Number: 99-08-37833-CV

     JAIME VALENZUELA, ET AL
     REDMAN HOMES, INC. a/k/a REDMAN HOUSING, ET AL

Date Filed: 08/15/99    Case Type: CONTRACT    Date Disposed:  /  /    Disposition Type:

# CIVIL DOCKET

## CASE No. 99-08-37833

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING ||||
|---|---|---|---|---|---|---|---|
| | | | | Mo. | Day | | Year |
| | | | | AUG | 1 6 | | 1999 |

| | | | | |
|---|---|---|---|---|
| 99-08-37833 | JAIME VALENZUELA, et al | HECTOR GONZALEZ | 6.) INSTALLMENT CON. | Jury Fee, |
| | **vs.** | Pltf. | | Paid by |
| | REDMAN HOMES, INC. a/k/a | | | |
| | REDMAN HOUSING, et al | Deft. | | Jury No. |

| FEE BOOK | | | | | | | PROCESS |
|---|---|---|---|---|---|---|---|
| Vol. | Page | | | | | | |

|  | | | Minute Book ||
|---|---|---|---|---|
| | | ORDERS OF COURT | Vol. | Page |
| Was Stenographer Used | | | | |

| DATE OF ORDERS ||| ORDERS OF COURT |
|---|---|---|---|
| Month | Day | Year | |

FILED AT __7__ O'CLOCK ___M.
R. DAVID GUERRERO

AUG 1 6 1999

CLERK DIST COURT, JIM WELLS CO., TEXAS
BY _____ DEPUTY

CAUSE NO. *99-08-37833*

| | | |
|---|---|---|
| **JAIME VALENZUELA, et al** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **VS.** | § | **79th JUDICIAL DISTRICT** |
| | § | |
| **REDMAN HOMES, INC. a/k/a REDMAN** | § | |
| **HOUSING, et al** | § | **JIM WELLS COUNTY, TEXAS** |

## PLAINTIFFS' ORIGINAL PETITION

COME NOW, Jaime Valenzuela, Annabelle Ibanez, Esmeralda Alfaro, Arnold Casas, Paula Casas, Robert Shipp, Maria Shipp, Miguel Lopez, Hershal Frazier, Isaac Rocha, Jackie Rocha, Louie Gonzalez, hereinafter called Plaintiffs complaining of Redman Homes, Inc., a/k/a Redman Housing, Titan Homes, Inc., Oakwood Homes, Inc., d/b/a Oakwood Mobile Homes, Inc., Southern Homes, Palm Harbor Homes d/b/a Masterpiece Housing, Clayton Homes, Inc., Southern Energy Homes, Inc., Southern Lifestyle Homes, Inc., Belmont Homes, Inc., d/b/a MS Belmont Homes, Inc., Dane Energy d/b/a The Homeport, Luv Mobile Home Sales, CIT Group Sales and Finance, Homes by Oakwood, Value Housing, Inc., Oakwood Acceptance, Corp., Greenpoint Credit, L.L.C. d/b/a Greenpoint Credit, Inc., Vanderbilt Mortgage & Finance, Inc., Nations Credit and Housing, Inc., United Company Funding, Inc., Greentree Financial Servicing Corp., Crestpoint abandoned Assumed Name, CIT Group Sales and Finance, Inc., BankAmerica Housing, A Division of Bank of America, F.S.B.

## II.
## VENUE

Plaintiffs are residents in Jim Wells County, Texas. Venue is proper in Jim Wells County, Texas because the breach of warranty of consumer goods was in Jim Wells County, Texas.

Defendants Redman Homes, Inc., a/k/a Redman Housing, Oakwood Homes, Inc., d/b/a Oakwood Homes, Inc., Palm Harbor Homes, Clayton Homes, Inc., Belmont Homes, Inc. d/b/a MS

Defendant Nations Credit Home Equity Service, P.O. Box 150270, Ft. Worth, Texas 76108.

## III.
## FACTUAL BACKGROUND

Plaintiffs herein are all purchasers of manufactured homes. Individually each of the Plaintiffs herein purchased their mobile home because it was represented to each of them that it was a good investment. They were each told that the home would appreciate in value. They were all assured that their homes were constructed in a good and workmanlike manner with materials of the highest quality. They were all promised that the homes would be installed in a professional manner as the results of all the aforementioned representations, each of the Plaintiffs herein executed what they thought was a retail installment contract and committed their purchasing power to the purchase of said homes.

In return for the representations that were made to them, the Plaintiffs agreed to make the monthly payments called for in their contracts for the periods specified. They did this because they believed and relied on the representations made to them by the manufacturers, retailers and financing institutions, that are the Defendants herein.

Time has shown that the representations were false and untrue and that the Plaintiffs were, by said deceptions, gotten to execute the retail installment contract that affected them pecuniarily.

## IV.

Plaintiffs will prove to this court and jury that on a day, the exact date unknown to the Plaintiffs, that the Defendants herein acting alone and/or together entered into a conspiracy to manufacture, retail and finance the mobile homes purchased by the Plaintiffs herein. That the Defendants were at all times, cognizant that the purchase of said mobile home was not a good investment, that they did not appreciate in value. That knowing all these facts, the Defendants acting

together and/or alone created the atmosphere and the situation in which the Plaintiffs purchased the

aforementioned mobile home to their detriment.

The acts and/or omissions of the Defendants herein, acting together or alone was a conspiracy
to:

A.   defraud the Plaintiffs herein;

B.   get by deception the Plaintiffs herein to execute the retail installment contract tying
     up the Plaintiffs credit and obligating the Plaintiffs to make monthly payments for a
     designated period;

C.   to collect interest from the Plaintiffs that was usurious;

D.   violate express or implied warranties of consumer products;

E.   violate the deceptive trade practices act; and

F.   violate various sections of the Texas Penal Code.

## V.

The acts and/or omissions was the proximate and/or producing cause of Plaintiffs' damages

which amount to $100,000 per individual Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to

appear and answer herein and upon final trial hereto, Plaintiffs have judgment against Defendants for

actual damages as provided, statutory penalties, pre and post judgment, interest at the rate provided

by law, for fraud in an amount to be determined at trial and    for such other and further relief to which

Plaintiffs may show themselves justly entitled, all of which exceed the minimal jurisdictional limits

of this Honorable Court.

Respectfully submitted,
HECTOR P. GONZALEZ LAW OFFICE
P.O. Box 3728
Alice, Texas 78333
TEL: 361/668-0325
FAX: 361/668-0327


Hector P. Gonzalez
SBN: 08127000



# COUNTY OF JIM WELLS
### STATE OF TEXAS
## ALICE, TEXAS 78333

**R. DAVID GUERRERO**

CLERK, DISTRICT COURT
P. O. DRAWER 2219
(512) 668-5717

**VIOLA R. RAMIREZ**
CHIEF DEPUTY

## CERTIFICATE OF SERVICE BY
## CERTIFIED MAIL:

DATE: _____ AUGUST 17, 199 _____

NAME: ~~GREENPOINT CREDIT ,L.L.C. d/b/a~~ GREENPOINT CREDIT,INC.

ADDRESS: BY SERVIN REGIS ANT. LEXIS DOC. SERV. 905 CONGRESS AVE.
Austin, /Tx. 78701

RECEIPT FOR CERTIFIED MAIL NUMBER : _____ RETURNED DATE: _____

NAME: Nations Credit Home Equity Serv.

ADDRESS: P.O. Box 15027          Ft. 1

RECEIPT FOR CERTIFIED MAIL NUMBER: P 349-682-6

NAME: _____

ADDRESS: _____

RECEIPT FOR CERTIFIED MAIL NUMBER: _____

NAME: _____

ADDRES: _____

RECEIPT FOR CERTIFIED MAIL NUMBER: _____

NAME: _____

ADDRESS: _____

RECEIPT FOR CERTIFIED MAIL NUMBER: _____

BY: *Celia E. Perez*
DEPUTY

P 349 682 639

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Sent to NATION CREDIT HOMES EQ[U]

Street & Number P.O. BOX 150270

Post Office, State, & ZIP Code

P 349 682 638

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Sent to GREENPOINT CREDIT,L.L.C

Street & Number GREENPOINT CREDIT
BY SERV. LEXIS DOC.SERV.
905 CONGRESS AVE.

Post Office, State, & ZIP Code AUSTIN,TX.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| **TOTAL** Postage & Fees | $ |
| Postmark or Date | 99-08-37833 8-17-99 |

PS Form 3800, April 1995

P 280 630 284

# COUNTY OF JIM W
### STATE OF TEXAS
## ALICE, TEXAS 78333

R. DAVID GUERRERO

CLERK, DISTRICT COURT
P. O. DRAWER 2219
(812) 466-8717

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)
Sent to
REDMAN HOMES, INC. a/k/a
Street & Number

### CERTIFICATE OF SERVICE BY
### CERTIFIED MAIL:

Z 260 855 712

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)
Sent to SOUTHERN LIFESTYLE HOME
BY SERVING WINDEL L. BATCH
HIGHWAY 41 NORTH

DATE: __AUG. 17, 1999__

NAME: __REDMAN HOMES, INC. a/k/a REDMAN HO__

ADDRESS: __BY SERVING CT. CORP SYSTEMS, 350 N.__

P 280 630 285

RECEIPT FOR CERTIFIED MAIL NUMBER : __P 280-630-284__

NAME: __SOUTHERN ENERGY HOMES a/k/a SOUTHE.__

ADDRESS: __HWY. 41 NORTH        ADDISON, AL__

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)
Sent to TITAN HOMES OF MS
Street & Number BY SERV. REGIS. AGENT
Post Office, State, & ZIP Code
TITAN HOMES OF MS- 10194

RECEIPT FOR CERTIFIED MAIL NUMBER: __Z 260-855-712__

NAME: __TITAN HOMES OF MS__

Z 260 855 713

ADDRESS: __TITAN HOMES OF MS    10194 LORRAINE__

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)
Sent to
DANE ENERGY d/b/a TH
Street & Number HOMEPORT BY SERV.

RECEIPT FOR CERTIFIED MAIL NUMBER: __P 280-630-285__

NAME: __DANE ENERGY d/b/a THE HOMEPORT BY SE__

ADDRES: __1400 E. HWY. 359        MATHIS,__

Z 260 858 660

RECEIPT FOR CERTIFIED MAIL NUMBER: __Z 260-855-713__

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

LUV MOBILE HOMES SALES BY
SERV. LUV MOBLE HOME SALES
708 HOUSTON HWY.
VICTORIA, TX. 77901

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery
AUG 99

C. Signature
X _____   ☐ Agent
                          ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
Z 260-858-660

Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)
Sent to
LUV MOBILE HOMES SALES
Street & Number HOUSTON, HWY.
Post Office, State, & ZIP Code
VICTORIA, TX. 77901

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

#99-08-37833

99-08-37833
8-17-99

# RETURN TO OFFICER

Came to hand the_____day of_____, 19___, at _____o'clock ___.M., and executed (not executed ) on the

_____day of _____, 19___, by delivering to_____

of in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____

Cause of failure to execute this citation is _____

_____

_____

FEES serving 1 copy                              Sheriff/constable_____County, TEXAS

Total        $_____                    By_____ Deputy

Fees paid by:_____

# AUTHORIZED PERSON RETURN

Came to hand at_____o'clock_____, on the _____day of_____, 19_____.

Executed at_____in_____County, Texas at

_____o'clock _____.M., on the_____day of_____, 19_____ by delivering to

_____defendant, in person, a

**true copy of the Citation** together with the accompanying _____copy(ies) of the_____

Petition attached thereto and endorsed on said copy of this Citation the date of delivery

To certify which I affix my **hand officially this**_____day of_____, 19_____

_____

_____County, **Texas**

By_____

Process Server

_____

**Authorized Person - Printed Name**

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19_____.

_____

Notary Public - State of Texas

in and for_____

Commission expires:_____

---

ORIGINAL

File No. 99-08-37833

JAIME VALENZUELA, ET AL

**VS.**
REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al

**Citation for Personal Service**

**IN DISTRICT COURT**
**79th JUDICIAL DISTRICT**
**of Jim Wells County, Texas**

**Issued**

This ...17.day of ...AUG.. A. D. 19...99

R. DAVID GUERRERO, District Court

By_____, Deputy

**Do not mark below**
**(For Clerk's File Mark)**

# RETURN TO OFFICER

Came to hand the _____ day of _____, 19 ____, at _____ o'clock ____.M., and executed (not executed ) on the

_____ day of _____. 19 ____. by delivering to_____

in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____.

Cause of failure to execute this citation is _____

_____

FEES serving 1 copy                                    Sheriff constable_____County, TEXAS

Total. . . . . . . .$_____                    By_____Deputy

Fees paid by:_____

# AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____, on the _____ day of_____, 19 ____.

Executed at_____ in_____County, Texas at

_____ o'clock _____.M., on the_____ day of_____, 19 _____ by delivering to

_____ defendant, in person, a

true copy of the Citation together with the accompanying _____ copy(ies) of the_____

Petition attached thereto and I endorsed on said copy of this Citation the date of delivery.

To certify which I affix my hand officially this_____ day of_____, 19 _____

_____County, Texas

By_____
                    Process Server

Authorized Person - Printed Name

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19 _____.

_____

Notary Public - State of Texas

in and for_____

Commission expires:_____

ORIGINAL

File No. 99-08-37833.

JAIME VALENZUELA, et al

vs.

REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al

Citation for Personal Service

IN DISTRICT COURT

79th JUDICIAL DISTRICT
of Jim Wells County, Texas

Issued

This 17 day of AUG. A. D. 19 99.

R. DAVID GUERRERO
Clerk District Court

By_____ Deputy

Do not mark below
(For Clerk's File Mark)

# RETURN TO OFFICER

Came to hand the_____day of_____, 19___, at_____o'clock ___.M., and executed (not executed ) on the

_____day of_____, 19___, by delivering to_____

in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____.

Cause of failure to execute this citation is _____

_____

_____

FEES serving 1 copy                              Sheriff/constable_____County, TEXAS

Total. . . . . . .$_____             By_____Deputy

Fees paid by:_____

# AUTHORIZED PERSON RETURN

Came to hand at_____o'clock_____, on the _____day of_____, 19___.

Executed at_____in_____County, Texas at

_____o'clock ____.M., on the_____day of_____, 19_____ by delivering to

_____defendant, in person, a

**true copy of the Citation together with the accompanying**_____copy(ies) of the_____

Petition attached thereto and I endorsed on said copy of this Citation the date of delivery.

To certify which I **affix my hand officially** this_____day of_____, 19_____

_____County, Texas

By_____
                    Process Server

Authorized Person - Printed Name

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19_____.

Notary Public - State of Texas
in and for_____

Commission expires:_____

ORIGINAL

File No. 99-08-37833

JAIME VALENZUELA, ET AL

VS.

REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al

Citation for Personal Service

IN DISTRICT COURT
79th JUDICIAL DISTRICT
of Jim Wells County, Texas

Issued

This 17 day of AUG. A. D. 19 99

R. DAVID GUERRERO District Court

By_____ Deputy

Do not mark below
(For Clerk's File Mark)

# RETURN TO OFFICER

Came to hand the_____day of_____, 19___, at _____o'clock ___.M., and executed (not executed ) on the

_____day of _____, 19___. by delivering to_____

in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____

Cause of failure to execute this citation is _____

_____

_____

FEES serving 1 copy                                         Sheriff constant_____County. TEXAS

Total. . . . . . .S_____                          By_____ Deputy

Fees paid by:_____

# AUTHORIZED PERSON RETURN

Came to hand at_____o'clock_____, on the _____day of_____, 19____.

Executed at_____in_____County. Texas at

_____o'clock _____.M., on the_____day of_____, 19_____ by delivering to

_____defendant, in person, a

true copy of the Citation together with the accompanying_____copy(ies) of the_____

Petition attached thereto and I endorsed on said copy of this Citation the date of delivery.

To certify which I affix my hand officially this_____day of_____, 19_____

_____County, Texas

By_____

Process Server

_____

Authorized Person - Printed Name

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19____.

_____

Notary Public - State of Texas

in and for_____

Commission expires:_____

ORIGINAL

File No. 99-08-37833.

JAIME VALENZUELA, et al.

vs.

REDMAN HOMES, INC. a/k/a

REDMAN HOUSING, et al

Citation for Personal Service

IN DISTRICT COURT

79th JUDICIAL DISTRICT

of Jim Wells County, Texas

Issued

This 17 day of AUG. A. D. 19 99.

R. DAVID GUERRERO

Clerk District Court

By_____ Deputy

Do not mark below

(For Clerk's File Mark)

ORIGINAL

CSixPDF - www.fastio.com

# RETURN TO OFFICER

Came to hand the_____day of_____, 19___, at _____o'clock ___.M., and executed (not executed ) on the

_____day of _____, 19___, by delivering to_____

in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____

Cause of failure to execute this citation _____

_____

_____

FEES serving 1 copy                                    Sheriff constable_____County, TEXAS

Total_____$_____                        By_____ Deputy

Fees paid by_____

# AUTHORIZED PERSON RETURN

Came to hand at_____o'clock_____, on the _____day of_____, 19___.

Executed at_____in_____County, Texas at

_____o'clock ____.M., on the_____day of_____, 19_____ by delivering to

_____defendant, in person, a

**true copy of the** Citation together with the accompanying_____copy(ies) of the_____

Petition attached thereto and I endorsed on said copy of this Citation the date of delivery.

To certify which I affix **my hand** officially this_____day of_____, 19_____

_____

_____County, Texas

By_____

Process Server

Authorized Person - Printed Name

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19_____.

_____

Notary Public - State of Texas

in and for_____

Commission expires:_____

**ORIGINAL**

File No.99-08-37833

JAIME VALENZUELA, ET AL.

**vs.**
REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al

Citation for Personal Service

IN DISTRICT COURT
79th JUDICIAL DISTRICT
of Jim Wells County, Texas

**Issued**

This....17..day of....AUG..A. D. 19....99

R. DAVID GUERRERO, Clerk District Court

By_____, Deputy

Do not mark below
(For Clerk's File Mark)

# RETURN TO OFFICER

Came to hand the_____day of_____, 19___, at _____o'clock ___.M., and executed (not executed ) on the

_____day of _____, 19___ by delivering to_____

in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____

Cause of failure to execute this citation is _____

_____

_____

FEES serving 1 copy                              Sheriff constable_____County, TEXAS

Total!      $_____                         By_____Deputy

Fees paid by:_____

## AUTHORIZED PERSON RETURN

Came to hand at_____o'clock_____, on the _____day of_____, 19____.

Executed at_____in_____County, Texas at

_____o'clock ____.M., on the_____day of_____, 19_____ by delivering to

_____defendant, in person, a

true copy of the Citation together with the accompanying_____copy(ies) of the_____

Petition attached thereto and I endorsed on said copy of this Citation the date of delivery

To certify which I affix my hand officially this_____day of_____, 19_____

_____County, Texas

By_____
                    Process Server

Authorized Person - Printed Name
_____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19_____.

Notary Public - State of Texas
in and for_____
Commission expires:_____

ORIGINAL
File No.99-08-37833
JAIME VALENZUELA, ET AL
VS.
REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al
Citation for Personal Service
IN DISTRICT COURT
79th JUDICIAL DISTRICT
of Jim Wells County, Texas
Issued
This....17..day of....AUG..A. D. 19...99
R. DAVID GUERRERO, District Court Clerk
By_____Deputy
Do not mark below
(For Clerk's File Mark)

Case 2:99-cv-00351   Document 1   Filed on 09/03/99 in TXSD   Page 20 of 35

| | |
|---|---|
| FINE | $ |
| CRIM JUST. FEES | |
| COUNTY ATTORNEY | |
| SHERIFF | |
| CONSTABLE | |
| JUSTICE OF PEACE | |
| DISTRICT CLERK | |
| COUNTY CLERK | 431 00 |
| COUNTY JUDGE | |
| COPIES | |
| DEPOSITS | City 5 00 |
| TRUST FUND | |
| LAW LIBRARY FEE | |
| OTHER | State 40 00 |
| TOTAL | $ 476 00 |

COUNTY, JIM WELLS
**OFFIC... RECEIPT**

STATE OF TEXAS
County of Jim Wells

RECEIPT 151116 **B**

RECEIVED OF

Hector Gonzales        $ 476.00

8-16    19 99

four hundred seventy six — DOLLARS

FOR    Cost Deposit        CASE 99-08-

STYLE OF CASE: STATE OF TEXAS, VOR

Jaime Valenzuela et al 37833

Redman Homes et al

R. DAVID GUERRERO DISTRICT CLERK
JIM WELLS COUNTY

VERSUS

TITLE                    OFFICER

Eloise Sepulveda

DEPUTY

INSTRUCTIONS: THIS FORM IS TO BE ISSUED IN DUPLICATE. THE ORIGINAL TO BE DETACHED AND GIVEN TO THE PAYEE AND THE COPY TO BE RETAINED IN THE BOOK FOR THE USE OF THE COUNTY AUDITOR. NO ERASURES ARE TO BE MADE ON THIS FORM. IF AN ERROR IS MADE, THE RECEIPT IS TO BE VOIDED AND THE ORIGINAL LEFT IN THE BOOK.

DEFENDANT'S ATTORNEY: _____

REQUESTS THE ISSUANCE OF:    CITATION(S) _____
PRECEPT(S) _____
SUBPOENA(S) _____
SUMMONS _____

SIGNATURE: _____

NAME (S) Redman Homes Inc. a/k/a Redman Housing et al.    ADDRESS Address in Petition
Titan Homes        Address in Petition
Southern Energy Homes d/b/a Southern Lifestyle Homes    Address in Petit
Daine Energy d/b/a Homeport    Address in Petition
Luv Mobile Home Sales    Address in Petition
Greenpoint Credit U.C. d/b/a Greenpoint Credit Inc.    Address in Petition
Natidis Credit Home Equity service    Address in Petition

HOW IS SERVICE TO BE PERFECTED?
RETURN TO ATTORNEY BY MAIL: _____
REQUEST FOR CERTIFIED MAIL: ✓
TO SHERIFF FOR SERVICE: _____
PROCESS SERVER TO PICK-UP/ NAME: _____
PLEASE CALL WHEN READY: 668-03-25

476.00

# RETURN TO OFFICER

Came to hand the _____ day of _____, 19___, at _____ o'clock ___.M., and executed (not executed ) on the

_____ day of _____, 19___, by delivering to_____

_____

of person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the

_____

Cause of failure to execute this citation is:_____

_____

_____

FEES serving 1 copy                                      Sheriff/constable_____County, TEXAS

Total          $_____                        By_____Deputy

Fees paid by:_____

# AUTHORIZED PERSON RETURN

Came to hand at_____o'clock_____, on the _____day of_____, 19____.

Executed at_____in_____County, Texas at

_____o'clock _____.M., on the_____day of_____, 19_____ by delivering to

_____defendant, in person, a

**true copy of the Citation** together with the accompanying_____copy(ies) of the_____

Petition attached thereto and I endorsed on said copy of this Citation the date of delivery

To certify which I **affix my hand officially** this_____day of_____, 19_____

_____

_____County, _____

By_____
                  Process Server

_____
Authorized Person - Printed Name

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on_____ day of

_____, 19_____.

_____
Notary Public - State of Texas

in and for_____

Commission expires:_____

ORIGINAL

File No.99-08-37833.

JAIME VALENZUELA, ET AL

VS.

REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al

Citation (for Personal Service

IN DISTRICT COURT
79th JUDICIAL DISTRICT
of Jim Wells County, Texas

Issued

This...17.day of...AUG..A. D. 19...99

R. DAVID GUERRERO
Clerk District Court

By_____Deputy

Do not mark below
(For Clerk's File Mark)

# THE STATE OF TEXAS   ORIGINAL

TO:   LUV MOBILE HOMES SALES
      BY SERVING LUV MOBILE HOME SALES
      1708 HOUSTON, HWY.
      VICTORIA, TEXAS    77901

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ___16___ day of ___AUGUST___ A.D.

19__99__ in this cause, numbered 99-08-37833 on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

JAIME VALENZUELA, et al

Plaintiff.

## VS.

REDMAN HOMES,INC. a/k/a
REDMAN HOUSING, et al

Defendant ,

The nature of Plaintiff's Demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation, and made a part hereof.

PLAINTIFF'S ORIGINAL PETITION

Issued and given under my hand and the seal of said Court at Alice, Texas, this the ___17___ day of

___AUGUST___ A.D. 19__99__

A. **DAVID GUERRER** Clerk District Court, Jim Wells County, Texas
P. O. Drawer 2219
Alice, Texas 78332

By ___Celia E. Perez___ Deputy

(SEAL)

ATTORNEY FOR PLAINTIFF:
HECTOR P. GONZALEZ
P.O. BOX 3728
ALICE, TX.   78332

Rule ... the ... tation shall be served by the officer delivering to each defendant in person ... a ... ... ... ... ... right endorsed thereon ... a ... ... ... the petition attached thereto

# THE STATE OF TEXAS

*ORIGINAL*

TO:  GREENPOINT CREDIT,L.L.C.
  d/b/a GREENPOINT CREDIT,INC.
  BY SERVING REGISTERED AGENT
  LEXIS DOCUMENT SERVICES,INC.
  905 CONGRESS AVE.
  AUSTIN, TEXAS   78701

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may **employ an attorney. If** you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ____16__ day of ____AUGUST_____ A.D.

19__99__ in this cause, numbered $99-08-37833$ on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

    JAIME VALENZUELA, et al                                     Plaintiff.


VS.


    REDMAN HOMES,INC. a/k/a
    REDMAN HOUSING, et al
                                                       Defendant ,
  The nature of Plaintiff's Demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation. and made a part hereof.


    PLAINTIFF'S ORIGINAL PETITION


  Issued and given under my hand and the seal of said Court at Alice, Texas, this the __17__ day of

_____AUGUST_____ A.D. 19__99__

**Rr: DAVID GUERRER**(Clerk. District Court. Jim Wells County. Texas
  P. O. Drawer 2219
  Alice, Texas 78332

                              By _____*Celia E. Perez*_____ Deputy

(SEAL)

                              ATTORNEY FOR PLAINTIFF:
                              HECTOR P. GONZALEZ
                              P.O. BOX 3728
                              ALICE, TX.   78332

Rule ... the citation shall be served by the officer delivering to each defendant in person ... ... ... ... ...
endorsed thereon and with ... ... the petition attached thereto.

# THE STATE OF TEXAS

**ORIGINAL**

TO:   NATIONS CREDIT HOME EQUITY SERVICE
      P.O. BOX 15027
      FT. WORTH, TEXAS   76108

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ___16___ day of ___AUGUST___ A.D.

19__99__ in this cause, numbered __99-08-37833__ on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

JAIME VALENZUELA, et al

Plaintiff.

VS.

REDMAN HOMES,INC. a/k/a
REDMAN HOUSING, et al

Defendant ,

The nature of Plaintiff's Demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation. and made a part hereof.

PLAINTIFF'S ORIGINAL PETITION

Issued and given under my hand and the seal of said Court at Alice, Texas, this the ___17___ day of

___AUGUST___ A.D. 19__99__

ATTEST: DAVID GUERRERO Clerk, District Court, Jim Wells County, Texas
P. O. Drawer 2219
Alice, Texas 78332

By _____Celia E. Perez_____ Deputy.

ATTORNEY FOR PLAINTIFF:
HECTOR P. GONZALEZ
P.O. BOX 3728
ALICE, TX.   78332

Rule 106: the citation shall be served by the officer delivering to each defendant in person a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto

CITATION FOR PERSONAL SERVICE · Judicial District Court · Is County

Accurate Printing Co. Inc. Alice, Texas

# THE STATE OF TEXAS

# ORIGINAL

TO:  TITAN HOMES OF MISSISSSIPPI,INC.
- BY SERVING REGIS. AGENT TITAN
  HOMES OF MISSISSIPPI,INC.
10194 LORRAINE ST.
GULF PORT, MISSISSIPPI 39503

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ___16__ day of ____AUGUST_____ A.D.

19__99__ in this cause, numbered _99-08-37833_ on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

JAIME VALENZUELA, et al

Plaintiff.

VS.

REDMAN HOMES,INC. a/k/a
REDMAN HOUSING, et al

Defendant ,

The nature of Plaintiff's **Demand** is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation, and made a part hereof.

PLAINTIFF'S ORIGINAL PETITION

Issued and given under my hand and the seal of said Court at Alice, Texas, this the __17__ day of

_____AUGUST_____, A.D. 19_99___

Attest **R. DAVID GUERRERO** Clerk, District Court, Jim Wells County, Texas
P. O. Drawer 2219
Alice, Texas 78332

By _____ *Celia E. Perez* ____ Deputy.

ATTORNEY FOR PLAINTIFF:
HECTOR P. GONZALEZ
P.O. BOX 3728
ALICE, TX.   78332

Rule 106: "the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

Case 2:99-cv-00351   Document 1   Filed on 09/03/99 in TXSD   Page 26 of 35

# THE STATE OF TEXAS  ORIGINAL

TO:  SOUTHERN ENERGY HOMES a/k/a
   - SOUTHERN LIFESTYLE HOMES, INC.
   BY SERVING REGISTERED AGENT
   WINDEL L. BATCHELOR
   HIGHWAY 41 NORTH,
   ADDISON, AL  35540

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ___16__ day of ___AUGUST_____ A.D.

19__99_ in this cause, numbered 99-08-37833 on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

JAIME VALENZUELA, et al                                                          Plaintiff.

VS.

REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al
                                                                    Defendant ,
The nature of Plaintiff's Demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation. and made a part hereof.

PLAINTIFF'S ORIGINAL PETITION

Issued and given under my hand and the seal of said Court at Alice, Texas, this the ___17___ day of _____. A.D. 19_99____

Attest: **DAVID GUERRERO**, Clerk, District Court, Jim Wells County. Texas
   P. O. Drawer 2219
   Alice, Texas 78332

By _____ _Celia E. Perez_ ____Deputy.



ATTORNEY FOR PLAINTIFF:
HECTOR P. GONZALEZ
P.O. BOX 3728
ALICE, TX.  78332

Rule 106:  the citation shall be served by the officer delivering to each defendant. in person  a true copy  of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto

# THE STATE OF TEXAS ORIGINAL

TO:  REDMAN HOMES,INC.,a/k/a
     REDMAN HOUSING, BY SERVING
     REGISTERED AGENT C.T. CORP. SYSTEMS
     350 N. ST. PAUL ST.
     DALLAS, TEXAS 75201

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ___16 day of ___AUGUST_____ A.D.

19_99_ in this cause, numbered 99-08-37833 on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

JAIME VALENZUELA, et al                                         Plaintiff.

VS.

REDMAN HOMES,INC. a/k/a
REDMAN HOUSING, et al
                                                          Defendant ,

The nature of Plaintiff's Demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation, and made a part hereof.

PLAINTIFF'S ORIGINAL PETITION

Issued and given under my hand and the seal of said Court at Alice, Texas, this the ___17___day of

_____AUGUST_____, A.D. 19_99___

Attest, **R. DAVID GUERRERO**, Clerk, District Court, Jim Wells County, Texas
         P. O. Drawer 2219
         Alice, Texas 78332

                                By _____ *Celia E. Perez* ___Deputy.

ATTORNEY FOR PLAINTIFF:
HECTOR P. GONZALEZ
P.O. BOX 3728
ALICE, TX.  78332

Rule 106:  the citation shall be served by the officer delivering to each defendant in person  a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

# THE STATE OF TEXAS

## ORIGINAL

TO: DANE ENERGY d/b/a THE HOMEPORT
BY SERVING REGISTERED AGENT
- PAUL ROBERT ROTH
1400 E. HWY. 459
MATHIS, TEXAS   78368

Defendant , Greetings:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition a default judgment may be taken against you.

Said Plaintiff's Original Petition was filed in said court, on the ____16 day of____ AUGUST _____ A.D.

19__99__ in this cause, numbered 99-08-37833 on the docket in the 79th Judicial District Court of Jim Wells County, Alice, Texas, and styled,

JAIME VALENZUELA, et al

Plaintiff.

VS.

REDMAN HOMES, INC. a/k/a
REDMAN HOUSING, et al

Defendant .

The nature of Plaintiff's Demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation. and made a part hereof.

PLAINTIFF'S ORIGINAL PETITION

Issued and given under my hand and the seal of said Court at Alice, Texas, this the __17__ day of

_____ AUGUST _____ A.D. 19 99

ATTEST: DAVID GUERRERO Clerk, District Court Jim Wells County, Texas
P. O. Drawer 2219
Alice, Texas 78332

By _____ Celia E. Perez _____ Deputy.

(SEAL)

ATTORNEY FOR PLAINTIFF:
HECTOR P. GONZALEZ
P.O. BOX 3728
ALICE, TX.   78332

Rule 106   the citation shall be served by the officer delivering to each defendant in person a true copy of this citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto.

FILED AT 3 32 o'clock P M

AUG 2 1 1999

BY Celia E Perez

CAUSE NO. 99-08-37833

| | | |
|---|---|---|
| JAMIE VALENZUELA, et al. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 79TH JUDICIAL DISTRICT |
| | § | |
| REDMAN HOMES, INC a/k/a REDMAN | § | |
| HOUSING, et al. | § | JIM WELLS COUNTY, TEXAS |

## MOTION TO TRANSFER VENUE AND, SUBJECT THERETO, ORIGINAL ANSWER OF CLAYTON HOMES, INC., LUV MOBILE HOME SALES AND VANDERBILT MORTGAGE AND FINANCE, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendants, Clayton Homes, Inc., Luv Mobile Home Sales, and Vanderbilt Mortgage and Finance, who files this Motion to Transfer Venue, and subject thereto, their Original Answer, and in support thereof would show as follows:

1. The Defendant would show that there is no mandatory or permissive venue provision which would allow venue of this cause of action in Jim Wells County.

2. All or a substantial part of the alleged events or omissions in question did not occur in Jim Wells County.

3. The Defendant does not reside in Jim Wells County, Texas or did so at the time this cause of action allegedly accrued.

4. The Defendant does not have their principal office in Jim Wells County, Texas.

5. The Defendant, Clayton Homes, Inc., has its principal office in Marysville, Tennessee. It's principal office in this State is in Comal County, Texas.

---

Motion to Transfer Venue and, Subject Thereto, Defendants' Original Answer - Page 1 of 3
C:\Clients\CMH\Valenzuela\Original Answer BK!

6. The Defendant would show that this cause of action should be transferred to Comal County, Texas.

7. These Defendants hereby enters a general denial as authorized by the Texas Rules of Civil Procedure.

8. The Defendants specifically reserve the right to amend their answer to include any other defenses, affirmative defenses and/or counter-claims which it deems necessary.

WHEREFORE, the Defendants respectfully request that the Plaintiffs take nothing by this suit and for such other and further relief, both at law and in equity, to which the Defendant may be justly and legally entitled.

Respectfully Submitted,
Law Offices of Ed Walton
8300 Douglas, Suite 800
Dallas, Texas 75225
(214) 706-9325

Ed Walton
SBN: 20828550

# Certificate of Service

-      This is to certify that a true and correct copy of the above and foregoing has this day been forwarded to Hector P. Gonzales, P.O. Box 3728, Alice, Texas 78333.

Signed this 20 ᵗʰ day of _August_ , 1999.

Ed Walton

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAIME VALENZUELA, ANNABELLE IBANEZ, ESMERALDA ALFARO, ARNOLD CASAS, PAULA CASAS, ROBERT SHIPP, MARIA SHIPP, MIGUEL LOPEZ, HERSHAL FRAZIER, ISAAC ROCHA, JACKIE ROCHA, LOUIE GONZALEZ, <br>         PLAINTIFFS <br><br> V. <br><br> REDMAN HOMES, INC. A/K/A REDMAN HOUSING, TITAN HOMES, INC., OAKMAN HOMES, INC. D/B/A OAKWOOD MOBILE HOMES, INC., SOUTHERN HOMES, PALM HARBOR HOMES D/B/A MASTERPIECE HOUSING, CLAYTON HOMES, INC., SOUTHERN ENERGY HOMES, INC., SOUTHERN LIFESTYLE HOMES, INC., BELMONT HOMES, INC. D/B/A MS BELMONT HOMES, INC., DANE ENERGY D/B/A THE HOMEPORT, LUV MOBILE HOME SALES, CIT GROUP SALES AND FINANCE, HOMES BY OAKWOOD, VALUE HOUSING, INC., OAKWOOD ACCEPTANCE, CORP., GREENPOINT CREDIT, L.L.C. D/B/A GREENPOINT CREDIT, INC., VANDERBILT MORTGAGE & FINANCE, INC., NATIONS CREDIT AND HOUSING, INC., UNITED COMPANY FUNDING, INC., GREENTREE FINANCIAL SERVICING CORP. <br>         DEFENDANTS | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. _____ |

## COUNSEL OF RECORD

Hector P. Gonzales                         Attorney for Plaintiffs
P.O. Box 3728
Alice, Texas 78333

Ed Walton
Law Offices of Ed Walton
8300 Douglas, Ste. 800
Dallas, Texas 75225
(214) 706-9325

Attorney for Defendants Clayton Homes,
Inc., Luv Mobile Home Sales, and
Vanderbilt Mortgage and Finance, Inc.

CHxPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAIME VALENZUELA, ANNABELLE IBANEZ, ESMERALDA ALFARO, ARNOLD CASAS, PAULA CASAS, ROBERT SHIPP, MARIA SHIPP, MIGUEL LOPEZ, HERSHAL FRAZIER, ISAAC ROCHA, JACKIE ROCHA, LOUIE GONZALEZ,<br>PLAINTIFFS<br><br>V.<br><br>REDMAN HOMES, INC. A/K/A REDMAN HOUSING, TITAN HOMES, INC., OAKMAN HOMES, INC. D/B/A OAKWOOD MOBILE HOMES, INC., SOUTHERN HOMES, PALM HARBOR HOMES D/B/A MASTERPIECE HOUSING, CLAYTON HOMES, INC., SOUTHERN ENERGY HOMES, INC., SOUTHERN LIFESTYLE HOMES, INC., BELMONT HOMES, INC. D/B/A MS BELMONT HOMES, INC., DANE ENERGY D/B/A THE HOMEPORT, LUV MOBILE HOME SALES, CIT GROUP SALES AND FINANCE, HOMES BY OAKWOOD, VALUE HOUSING, INC., OAKWOOD ACCEPTANCE, CORP., GREENPOINT CREDIT, L.L.C. D/B/A GREENPOINT CREDIT, INC., VANDERBILT MORTGAGE & FINANCE, INC., NATIONS CREDIT AND HOUSING, INC., UNITED COMPANY FUNDING, INC., GREENTREE FINANCIAL SERVICING CORP.<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____ |

## INDEX OF MATTERS BEING FILED

Civil Cover Sheet

Notice of Removal

District Clerk's Case Summary (Computer Generated)

1

District Clerk's Civil Docket

Plaintiff's Original Petition

Certificate of Service by Certified Mail

Citations for Service

Motion to Transfer Venue and Subject Thereto, Original Answer of Clayton Homes, Inc., Luv

Mobile Home Sales and Vanderbilt Mortgage and Finance, Inc.

CHPDF - www.fastio.com